# EXHIBIT C

## GENERAL RELEASE

### *TO ALL WHOM THESE PRESENTS SHALL COME OR MAY CONCERN, KNOW THAT,*

**Nelson Pena**, his heirs, executors, successors, assigns, affiliates, tenants, licensees, as RELEASORS, for good and valuable consideration, received from **220 EAST 197 REALTY LLC** receipt of which is hereby acknowledged, releases and discharges from **220 EAST 197 REALTY LLC** and their insurance carriers; agents; successors; assigns; past and present; officers (in their individual capacity and in their capacity as officers); members (in their individual capacity and in their capacity as members); directors (in their individual capacity and in their capacity as directors); board members (in their individual capacity and in their capacity as board members); and property managers (in their individual capacity and in their capacity as property managers); parents; subsidiaries; affiliates and principals, as RELEASEES, from any and all claims, counterclaims, actions, rights, causes of action, suits, debts, dues, offsets, sums of money, accounts, reckonings, bonds, bills, specialities, covenants, contracts, controversies, agreements, demands, liabilities, obligations, representations, attorneys' fees, and promises of actions of every kind and nature, variances, trespasses, damages and judgments whatsoever, whether known or unknown, suspected or unsuspected, fixed or contingent, existing or claimed to exist, both in law and equity, which against the RELEASEES, the RELEASORS, ever had, now have or hereafter have against the Releasees for, upon, or by reason of any matter, cause of action, or thing whatsoever from the beginning of the world to the date of the execution of this Release, including, but not limited to, those arising under any federal, state or local, human or civil rights, wage-hour, or labor laws and/or regulations, contract or tort laws, including, but not limited to, Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. Section 2000(e) *et seq.*; 42 U.S.C. Sections 1981 and 1983; Age Discrimination in Employment Act; Americans with Disabilities Act; New York State Executive Law, Sections 290, *et. seq.*; New York City Administrative Code; Equal Pay Act of 1963, as amended, 29 U.S.C. Section 206 *et seq.*; and Labor Management Relations Act of 1947, as amended 29 U.S.C. Section 141 *et seq.*, the Fair Labor Standards Act and New York Labor Law.

The words "RELEASORS" and "RELEASEES" include all releasors and all releasees under this RELEASE.

This RELEASE may not be changed orally.

*IN WITNESS WHEREOF*, the RELEASORS have hereunto set RELEASORS' hand and seal on the 8th day of August 2016.

IN PRESENCE OF:

STATE OF _____ )
                                    ) ss:
COUNTY OF _____ )

On the 8th day of August, 2016, before me, the undersigned, a Notary Public in and for said State, personally appeared Nelson Pena personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_____
Notary Public

IN WITNESS WHERE OF:

MANAGER

DATE: 8/8/16