UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NELSON PENA,

                    Plaintiff,

-v-

220 EAST 197 REALTY LLC, *et al.*,

                    Defendants.

20-CV-7039 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

       This Court has issued an order in this case compelling the arbitration of certain claims brought by Plaintiff Nelson Pena on the basis of a collective bargaining agreement ("the CBA") between 63 West LLC and Amalgamated Local 1931 Eastern States Joint Board ("the Union"). (See ECF No. 22.)  In furtherance of and for the purpose of effectuating that order, the Union is hereby directed to meet and confer with counsel for Plaintiff and counsel for Defendants within 30 days to discuss the scope, timing, and procedural issues relating to arbitration.

       SO ORDERED.

Dated: August 8, 2023
       New York, New York

                                                    J. PAUL OETKEN
                                           United States District Judge